CHARLES KAHALA *v.* MASATO DOI, A JUDGE OF
THE CIRCUIT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAII, AND JOHN H. PETERS,
THE PROSECUTING ATTORNEY OF THE CITY
AND COUNTY OF HONOLULU, STATE OF HAWAII.

No. 4741.

FEBRUARY 26, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The issue in this case is identical with that decided this day in *Salvador* v. *Doi,* 50 Haw. 249. The requested permanent writ of prohibition is denied and the temporary writ previously issued is dissolved.

*George L. Dyer, Jr. (Anderson, Wrenn & Jenks* of counsel) for petitioner.

*Morton King,* Deputy Attorney General *(Bert T. Kobayashi,* Attorney General, with him on the briefs), for respondent Judge Doi.

*John A. Radway, Jr.,* Deputy Prosecuting Attorney, City and County of Honolulu, for respondent Prosecuting Attorney Peters.